IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARIA SOTO,

Appellant,

v.

POLK COUNTY SCHOOL
BOARD, and JOHNS EASTERN
COMPANY, INC.

Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4613

Opinion filed August 8, 2017.

An appeal from an order of Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident:  September 19, 2011.

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

No appearance for Appellees.

PER CURIAM.

AFFIRMED.

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.